**DISMISSED; Opinion Filed January 8, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00850-CV

### IN THE INTEREST OF C.R.E. AND C.E., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-0149**

# MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Molberg

Appellant's brief in this case was originally due on November 16, 2018. We granted appellant's motion to extend time to file his brief and ordered his brief to be filed by December 14, 2018. After we received neither a brief nor a motion to extend time to file a brief, we notified appellant by postcard on December 27, 2018, that the time for filing his brief had expired. We directed appellant to file both a brief and an extension motion within ten days and cautioned appellant that the failure to do so would result in the dismissal of this appeal without further notice. Appellant has failed to file a brief or an extension motion and has not communicated with the Court since November 16, 2018.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

180850F.P05

/Ken Molberg/
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.R.E. AND C.E., CHILDREN

No. 05-18-00850-CV

On Appeal from the 382nd Judicial District Court, Rockwall County, Texas, Trial Court Cause No. 1-17-0149. Opinion delivered by Justice Molberg. Justices Whitehill and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 8th day of January, 2019.